IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARPENTERS HEALTH AND WELFARE FUND OF PHILADELPHIA AND VICINITY,** *et al,* | : | **CIVIL ACTION** |
| **Plaintiffs** | : | **NO. 02-CV-3680** |
| vs. | : | |
| **A & J CARPETS,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 1st day of October, 2002, it is **ORDERED** that a **PRETRIAL CONFERENCE** shall be held on November 19, 2002, at 11:00 a. m. in Room 4006, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

_____
TIMOTHY J. SAVAGE,                J.